UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ADAM BRADSTREET,

                              Plaintiff,

    v.

CITY OF ROCHESTER,

                              Defendant.
_____

**AMENDED SCHEDULING ORDER**

23-CV-6147 EAW CDH

       Pursuant to a telephone status conference having been held with the parties before the undersigned on April 21, 2025, and Plaintiff having made a consent request for a 90-day extension of the scheduling order deadlines, it is ORDERED that:

       1.    All factual discovery in this case, including depositions, shall be completed on or before **July 15, 2025**. All motions to compel discovery shall be filed by **July 1, 2025**.

       2.    Plaintiff shall identify any expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2)(A) and provide reports pursuant to Rule 26(a)(2)(B) and/or disclosures pursuant to Rule 26(a)(2)(C) by **September 30, 2025**. Defendant shall identify any expert witnesses and provide reports pursuant to Fed. R. Civ. P. 26 by **October 27, 2025**. Any rebuttal expert witness reports shall be provided **within thirty days** after depositions of experts who were originally designated. The parties shall complete all discovery relating to experts, including depositions, by **December 29, 2025**.

3.    Dispositive motions, if any, shall be filed no later than **February 27, 2026**. Unless a consent to proceed before this Court has been filed, such motions shall be made returnable before Chief Judge Wolford.

4.    A <u>trial date status conference</u> pursuant to Fed. R. Civ. P. Rule 16(e) and Local Rule 16 will be held, if necessary, at a date and time to be determined by the trial judge after determination of dispositive motions. If no dispositive motions are filed, counsel shall **<u>immediately</u>** contact the trial judge so that a trial date status conference can be scheduled.

No extension of the above cutoff dates will be granted except upon written application, made <u>prior to the cutoff date</u>, showing good cause for the extension. Application for extensions should be made to the Magistrate Judge. Joint or unopposed requests to extend the deadlines set forth in this order need not be made by formal motion, but rather may be sought in a letter to the court. Letter requests must detail good cause for the extension and propose new deadlines.

**SO ORDERED.**

_____
COLLEEN D. HOLLAND
United States Magistrate Judge

Dated: Rochester, New York
      April 21, 2025